# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VANCE KEITH WILSON, JR.

NO. 2021 KW 1236

**DECEMBER 2, 2021**

---

In Re:   Vance Keith Wilson, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 3284-F-2020 & 3285-M-2020.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT